Robert W. Mauriello, Jr., Esq. (RM 0850)
Gina M. Graham, Esq. (GG 6214)
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey  07962-1991
(973) 292-1700
Attorneys for Defendants
Maritime Communications/Land Mobile, LLC and
Mobex Network Services, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYBRIDGE SPECTRUM FOUNDATION, a Delaware nonprofit corporation; WARREN C. HAVENS, an individual; TELESAURUS VPC, LLC, a Delaware Limited Liability Company; AMTS CONSORTIUM, LLC, a Delaware Limited Liability Company; INTELLIGENT TRANSPORTATION & MONITORING, LLC, a Delaware Limited Liability Company; and TELESAURUS HOLDINGS GB, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MOBEX NETWORK SERVICES, LLC, a Delaware Limited Liability Company; MARITIME COMMUNICATIONS/LAND MOBILE, LLC, a Delaware Limited Liability Company, PAGING SYSTEMS, INC., a California corporation; TOUCH TEL CORPORATION, a California corporation, and DOES 1-100,<br><br>Defendants. | Civil Action No. 08-CV-03094-KSH-PS<br><br><br>CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs, Defendants Maritime Communications/Land Mobile, LLC and Mobex Network Services, LLC (collectively, "MCLM") and Defendants Paging Systems, Inc. and Touch Tel Corporation (collectively, "Paging Systems") that the time within which MCLM and Paging Systems must answer, move or otherwise respond to the First Amended Complaint be and the same is hereby extended through and including December 17, 2008.

By:   s/ R.N. Tendai Richards
    R.N. Tendai Richards, Esq. (RTR 6023)
    WINNE, BANTA, HETHERINGTON,
    BASRALIAN & KAHN, P.C.
    21 Main Street
    Court Plaza South
    East Wing
    Hackensack, New Jersey 07601
    trichards@winnebanta.com
    *Attorneys for Plaintiffs*

By:   s/ Gina M. Graham
    Robert W. Mauriello, Jr., Esq. (RM 0850)
    Gina M. Graham, Esq. (GG 6214)
    GRAHAM CURTIN
    A Professional Association
    4 Headquarters Plaza
    P.O. Box 1991
    Morristown, New Jersey 07962-1991
    rmauriello@grahamcurtin.com
    ggraham@grahamcurtin.com
    *Attorneys for Defendants*
    *Maritime Communications/Land Mobile, LLC and*
    *Mobex Network Services, LLC*

By:   s/Kenneth D. Friedman
    Kenneth D. Friedman, Esq. (KF 6186)
    Manatt, Phelps & Phillips, LLP
    7 Times Square
    New York, New York 10036
    kfriedman@manatt.com
    *Attorneys for Defendants*
    *Paging Systems, Inc. and*
    *Touch Tel Corporation*

Dated: December 10, 2008

*[handwritten notation and signature]*

719102_1