# GRAHAM CURTIN
### A Professional Association

*See p.2 Below*

Robert W. Mauriello, Jr.
Direct Dial 973-401-7119
rmauriello@GrahamCurtin.com

December 12, 2008

BY ECF AND REGULAR MAIL

The Honorable Katharine S. Hayden, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse Bldg.
Room 311
P.O. Box 999
Newark, New Jersey 07101-9999

      Re: Skybridge Spectrum Found., et al. v. Mobex Network Servs., LLC, et al.
          Civil Action No. 2:08-cv-03094 (KSH)(PS)

Dear Judge Hayden:

      This firm represents defendants Maritime Communications/Land Mobile, LLC and Mobex Network Services, LLC (collectively, "MCLM") in the above-referenced matter. In accordance with Magistrate Judge Shwartz's Individual Practices, by letter to Judge Shwartz dated November 17, 2008, this firm requested permission to file a pre-Answer motion to dismiss the First Amended Complaint. In response, on November 19, 2008, the day that MCLM's motion was due to be filed, Judge Shwartz held a telephone conference with counsel for all parties. During this telephone conference, counsel for both MCLM and co-defendants Paging Systems, Inc. and Touch Tel Corporation (collectively, "Paging Systems") advised Judge Shwartz that they were prepared to file motions to dismiss the First Amended Complaint on their respective due dates. MCLM's brief, which was due that same day, was in final form and in compliance with the page limitations of Local Civ. Rule 7.2(b). Paging Systems' brief, which was due on November 21, 2008, was in near-final form and in compliance with the applicable page limitations.

      During the November 19, 2008 telephone conference, however, Judge Shwartz directed that rather than filing individual briefs that Defendants confer and attempt to file an omnibus brief. Pursuant to this directive, MCLM and Paging Systems have conferred in good faith and anticipate filing an omnibus brief. However, because Defendants intend to file a joint brief, as opposed to individual briefs, MCLM and Paging Systems respectfully request that Your Honor relax the page limitation requirement imposed by Local Civ. Rule 7.2(b) by allowing Defendants an additional fifteen (15) pages on their omnibus brief submission. Judge Shwartz's

730065_1

4 Headquarters Plaza • P.O. Box 1991 • Morristown • New Jersey 07962-1991
T 973.292.1700 • F 973.292.1767 • GrahamCurtin.com



The Honorable Katharine S. Hayden, U.S.D.J.
December 12, 2008
Page 2

Chambers advised that this request should be made directly to Your Honor. The deadline for Defendants to file their omnibus brief is December 17, 2008.

Of course, if Your Honor has any questions, I am available to arrange a conference call with all counsel.

Respectfully,

Robert W. Mauriello, Jr.

cc: All Counsel of Record (by ECF and electronic mail)
The Honorable Patty Shwartz, U.S.M.J. (by ECF and regular mail)

*Request for 15-page Extension to Omnibus Brief Granted.*

*So ORDERED this 16th day of December.*

*K.S. Hayden, USDJ*

717265_2